IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-426-FL

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) **ENTRY OF DEFAULT** ) **ON CROSS-CLAIM** ) |
| AMERICAN HOME SHIELD CORPORATION, KEVIN SAUL, Individually and d/b/a Saul Mobile Appliances, and ISC, INC., | ) ) ) ) |
| Defendants. | ) |

On March 7, 2014, defendant and cross-plaintiff American Home Shield Corporation ("AHS") filed a second amended motion for entry of default against co-defendant and cross-defendant Kevin Saul, individually and d/b/a Saul Mobile Appliances ("Saul") [D.E. 48]. Upon review of the docket, the Clerk finds as follows:

1) Saul was served with AHS' cross-claim on October 31, 2013 [D.E. 38];

2) The time for Saul to answer or respond to the cross-claim has expired; and,

3) Saul has failed to answer or otherwise respond to AHS' cross-claim within the time prescribed by law.

For the reasons stated, cross-defendant Kevin Saul, individually and d/b/a Saul Mobile Appliances, is in default on AHS' cross-claim under Rule 55(a) of the Federal Rules of Civil Procedure. Accordingly, cross-plaintiff AHS' motion for entry of default on its cross-claim [D.E. 48] is GRANTED.

This 4th of April 2014.

Julie A. Richards, Clerk of Court